| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | Alan J. Kessel (Cal. Bar No.: 130707)<br>Keli N. Osaki (Cal. Bar No.: 179920)<br>Sandeep J. Shah (Cal. Bar No.: 210449)<br>**BUCHALTER, NEMER, FIELDS & YOUNGER**<br>A Professional Corporation<br>18400 Von Karman Avenue, Suite 800<br>Irvine, California 92612-0514<br>Telephone: (949) 760-1121<br>Facsimile: (949) 720-0182<br>E-mail: sshah@buchalter.com<br><br>Attorneys for Plaintiff DIRECTV, INC. | IT IS SO ORDERED<br>Judge James Ware |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>MALYALA, et al.,<br><br>            Defendants. | Case No. CV-03-4169 JW<br><br>Hon. James Ware<br><br>**REQUEST FOR VOLUNTARY DISMISSAL OF DEFENDANT VIKRANTH MALYALA; [~~PROPOSED~~] ORDER THEREON** |

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff DIRECTV, Inc. ("DIRECTV") hereby respectfully requests that the Court enter an Order dismissing the above-captioned action without prejudice as to Defendant VIKRANTH MALYALA ("Defendant"). This request is made on the grounds that Defendant and DIRECTV have entered into an agreement settling this matter. Pursuant to the terms of that agreement, DIRECTV agreed to voluntarily dismiss this action against Defendant, each party to bear its/his own attorneys' fees and costs incurred in this action to date.

Defendant answered the Complaint on or about March 15, 2004. DIRECTV, therefore, cannot unilaterally voluntarily dismiss this action against Defendant absent a Court order. Fed. R. Civ. P. 41(a). Accordingly, DIRECTV respectfully requests the entry of such an order dismissing Defendant without prejudice.

1  Defendant VIKRANTH MALYALA is the last remaining active Defendant in this
2  action. This entire action as to all remaining claims is therefore terminated in full.

3  DATED: July 25, 2005                Respectfully Submitted,

4                                      BUCHALTER, NEMER, FIELDS & YOUNGER
                                       A Professional Corporation
5

6
                                       By:      /s/ Sandeep J. Shah
7                                                  Sandeep J. Shah
                                            Attorneys for Plaintiff DIRECTV, Inc.
8

# ORDER

Having read the foregoing Request for Voluntary Dismissal of Defendant VIKRANTH MALYALA filed by Plaintiff DIRECTV, Inc., and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed without prejudice as against Defendant VIKRANTH MALYALA;

2. Each party shall bear its/his own attorney's fees and costs incurred in this action to date; and

3. As Defendant VIKRANTH MALYALA is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: July 27. 2005

       /s/ James Ware
Honorable James Ware
United States District Court
Northern District of California